DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:00CR232 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Joseph W. Dickens | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

A hearing was conducted on April 26, 2013, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release. The defendant Joseph W. Dickens and his counsel, Michael J. Goldberg appeared. Counsel for the government, Teresa Dirksen appeared.

A report and recommendation was filed on August 29, 2012. See docket # 45. The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of the terms and conditions of supervised release.

The Court finds the defendant has served a sufficient amount of time in state custody and will hereby continue the defendant's supervised release as previously ordered.

IT IS SO ORDERED.

| | |
|---|---|
| April 26, 2013 | /s/ David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |